LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendants, County of Sacramento and Sheriff Lou Blanas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE C. PINO, individually, and as a personal representative of the Estate of Decedent RONNIE PINO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, a municipal corporation; COUNTY OF SACRAMENTO, a municipal corporation; ALBERT NAJERA, individually and in his official capacity as Chief of Police for the CITY OF SACRAMENTO; COUNTY OF SACRAMENTO; LOU BLANAS in his capacity as Sacramento County Sheriff; PSYCHIATRIC SOLUTIONS, INC. a Delaware Corporation, doing business as Heritage Oaks Hospital; and DOES 1-75 in their individual capacities as Police Officers, Sheriff's Deputies, high ranking Officials of SACRAMENTO COUNTY, high ranking officials of CITY OF SACRAMENTO, and/or employees of PSYCHIATRIC SOLUTIONS, INC.,<br><br>Defendants. | CASE NO.  2:05-CV-02080 WBS DAD<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

IT IS HEREBY STIPULATED between the Plaintiff, Marjorie C. Pino, individually, and as personal representative of the Estate of Decedent Ronnie Pino, by and through her attorney of

record, Bryan W. Vereschagin of the law firm of GONZALEZ & LEIGH, LLP, and Defendants, City of Sacramento and Albert Najera, by and through their attorney of record, Chance Louis Trimm of the SACRAMENTO CITY ATTORNEY'S OFFICE, and Defendants, Psychiatric Solutions, Inc. dba Heritage Oaks Hospital, by and through their attorney of record, Michael J. Baytosh of PORTER, SCOTT, WEIBERG & DELEHANT, that the date for completion of all non-expert discovery in this matter be extended from September 8, 2006 to October 8, 2006.

IT IS SO STIPULATED:

Dated: August 11, 2006                    GONZALEZ & LEIGH, LLP


By: /S/  BRYAN W. VERESCHAGIN
       BRYAN W. VERESCHAGIN
       Attorneys for Plaintiffs


Dated: August 10, 2006                    SACRAMENTO CITY ATTORNEY'S OFFICE


By: /S/  CHANCE LOUIS TRIMM
       CHANCE LOUIS TRIMM
       Attorneys for Defendants, City of Sacramento
       and Albert Najera


Dated: August 10, 2006                    PORTER, SCOTT, WEIBERG & DELEHANT


By: /S/  MICHAEL J. BAYTOSH
       MICHAEL J. BAYTOSH
       Attorneys for Defendants, Psychiatric
       Solutions, Inc. dba Heritage Oaks Hospital


Dated: August 11, 2006                    LONGYEAR, O'DEA & LAVRA, LLP


By:  /S/  JENNIFER MARQUEZ
       JENNIFER MARQUEZ
       Attorneys for Defendants, County of
       Sacramento and Lou Blanas

///

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:**

Dated:   August 11, 2006

*William B. Shubb* (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

G:\DOCS\SHU\DSHU2\inBOX\Signed\pino.wpd