1  MATT GONZALEZ (SBN 153486)
   G. WHITNEY LEIGH (SBN 153457)
2  BRYAN W. VERESCHAGIN (SBN 188608)
   J. ENRIQUE PEARCE (SBN 236228)
3  GONZALEZ & LEIGH LLP
   Two Shaw Alley, 3rd Floor
4  San Francisco, CA  94105
   Telephone:  (415) 512-2000
5  Facsimile:  (415) 512-2001

6  Attorneys for Plaintiffs
   MARJORIE C. PINO, individually and
7  as representative of Estate of Decedent

8                UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11  MARJORIE C. PINO, individually, and as joint        Case No.  2:05-CV-02080 WBS DAD
    personal representative of the Estate of Decedent
12  RONNIE PINO,

13            Plaintiffs,                                **JOINT STIPULATION AND
                                                         [~~PROPOSED~~] ORDER REGARDING
14       vs.                                             EXPERT WITNESS DISCLOSURES
                                                         PURSUANT TO FED. R. CIV. P. 26**
15  CITY OF SACRAMENTO; COUNTY OF
16  SACRAMENTO; ALBERT NAJERA; LOU
    BLANAS; PSYCHIATRIC SOLUTIONS, INC.,
17
            Defendants.
18

19
20       IT IS HEREBY STIPULATED between plaintiff Marjorie Pino, individually and as a

21  personal representative of the Estate of decedent Ronnie Pino, by and though her attorney of

22  record, Bryan W. Vereschagin of the law firm Gonzalez & Leigh, LLP, and defendants City of

23  Sacramento and Albert Najera, by and through their counsel of record, James F. Wilson of the

24  Sacramento City Attorney's Office, and defendants County of Sacramento and Lou Blanas, by

25  and through their attorney of record Van Longyear, of Longyear, O'Dea & Lavra, LLP, and

26  defendant Psychiatric Solutions, Inc. dba Heritage Oaks Hospital, by and through its attorney of

27  record Michael J. Baytosh of Porter, Scott, Weiberg & Delehant, that the last day for all parties

28  to serve expert disclosures under Rule 26 shall be January 31, 2007.  This joint stipulation is

PDF created with pdfFactory trial version www.pdffactory.com

1   entered into pursuant to Fed. R. Civ. P. 26(a)(2)(C).

2   IT IS SO STIPULATED:

3

4   Dated:  January 18, 2007                          GONZALEZ & LEIGH, LLP

5                                                     By_____/s/_____

6                                                     BRYAN W. VERESCHAGIN
                                                      Attorneys for Plaintiff
7                                                     MARJORIE PINO

8

9   Dated:  January 18, 2007                          LONGYEAR, O'DEA & LAVRA, LLP

10

11

12                                                    By_/s/_____
                                                      VAN LONGYEAR
13                                                    Attorneys for defendants the County of
                                                      Sacramento and Lou Blanas

14

15

16  Dated:  January 18, 2007                          SACRAMENTO CITY ATTORNEY'S
                                                      OFFICE
17

18

19                                                    By_____/s/_____
                                                      JAMES F. WILSON
20                                                    Attorneys for defendants the City of
                                                      Sacramento and Albert Najera
21

22

23  Dated:  January 18, 2007                          PORTER, SCOTT, WEIBERG &
                                                      DELEHANT
24

25

26                                                    By____/s/_____
                                                      MICHAEL J. BAYTOSH
27                                                    Attorneys for defendants Psychiatric
                                                      Solutions dba Heritage Oaks Hospital
28

STIPULATION RE EXPERT DISCLOSURES        2        *Pino, et al. v. City of Sacramento, et al.*
                                                   Case No. 2:05-CV-02080 WBS DAD

PDF created with pdfFactory trial version www.pdffactory.com

1    PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED:

2

3    Dated: January 22, 2007

4                                              _____

5                                              WILLIAM B. SHUBB
                                               UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE EXPERT DISCLOSURES          3          *Pino, et al. v. City of Sacramento, et al.*
                                                      Case No. 2:05-CV-02080 WBS DAD

PDF created with pdfFactory trial version www.pdffactory.com