UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARJORIE C. PINO, individually, and as a representative of the estate of decedent RONNIE PINO,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY OF SACRAMENTO, SACRAMENTO COUNTY, ALBERT NARJERA, LOU BLANAS, PSYCHIATRIC SOLUTIONS, INC., and DOES 1 through 75, inclusive,<br><br>      Defendants. | NO. CIV. S-05-2080 WBS DAD<br><br><u>ORDER RE: COSTS</u> |

----oo0oo----

        On January 26, 2007, the court entered final judgment in this case in favor of defendants. Defendants County of Sacramento and Sheriff Lou Blanas have submitted a cost bill totaling $11,058.69; plaintiff has not objected. Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 54-292(f) govern the taxation of costs to losing parties, which are

1

1  generally subject to the provisions of 28 U.S.C. § 1920.
2         The court exercises its discretion in determining
3  whether to allow certain costs.  Amarel v. Connell, 102 F.3d
4  1494, 1523 (9th Cir. 1997) (holding that the district court has
5  discretion to determine what constitutes a taxable cost within
6  the meaning of 28 U.S.C. § 1920); Alflex Corp. v. Underwriters
7  Labs., Inc., 914 F.2d 175, 177 (9th Cir. 1990) (same).  The
8  losing party has the burden of overcoming the presumption in
9  favor of awarding costs to the prevailing party.  See Russian
10 River Watershed Prot. Comm. v. City of Santa Rosa, 142 F.3d 1136,
11 1144 (9th Cir. 1998) (noting that the presumption "may only be
12 overcome by pointing to some impropriety on the part of the
13 prevailing party"); Amarel, 102 F.3d at 1523; see also L.R. 54-
14 292(d) ("If no objection is filed, the Clerk shall proceed to tax
15 and enter costs.").
16        After reviewing the bill, and in light of the fact that
17 the losing party has not objected, the court finds all costs to
18 be reasonable.  Accordingly, defendants County of Sacramento and
19 Sheriff Lou Blanas' bill for costs of **$11,058.69** will be allowed.
20        IT IS SO ORDERED.
21 DATED:  April 3, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2