UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MARJORIE C. PINO, individually, and as a representative of the estate of decedent RONNIE PINO,

        Plaintiff,

   v.

CITY OF SACRAMENTO, SACRAMENTO COUNTY, ALBERT NARJERA, LOU BLANAS, PSYCHIATRIC SOLUTIONS, INC., and DOES 1 through 75, inclusive,

        Defendants.

NO. CIV. S-05-2080 WBS DAD

ORDER RE: COSTS

----oo0oo----

On January 26, 2007, the court entered final judgment in this case in favor of defendants. Defendant Psychiatric Solutions has submitted a cost bill totaling $4,238.78; plaintiff has not objected.

Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 54-292(f) govern the taxation of costs to losing

1

1 parties, which are generally subject to the provisions of 28
2 U.S.C. § 1920.
3     The court exercises its discretion in determining
4 whether to allow certain costs.  <u>Alflex Corp. v. Underwriters</u>
5 <u>Labs., Inc.</u>, 914 F.2d 175, 177 (9th Cir. 1990).  The losing party
6 has the burden of overcoming the presumption in favor of awarding
7 costs to the prevailing party.  <u>See</u> <u>Russian River Watershed Prot.</u>
8 <u>Comm. v. City of Santa Rosa</u>, 142 F.3d 1136, 1144 (9th Cir. 1998)
9 (noting that the presumption "may only be overcome by pointing to
10 some impropriety on the part of the prevailing party"); <u>Amarel</u>,
11 102 F.3d at 1523; <u>see also</u> L.R. 54-292(d) ("If no objection is
12 filed, the Clerk shall proceed to tax and enter costs.").
13     After reviewing the bill, and in light of the fact that
14 the losing party has not objected, the court finds all costs to
15 be reasonable.  Accordingly, defendant Psychiatric Solutions'
16 cost bill of **$4,238.78** will be allowed.
17     IT IS SO ORDERED.
18 DATED:  April 3, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE